UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GRICELDA BECERRA, | No. C 12-01325 LB |
| Plaintiff, | **ORDER REQUIRING STATUS UPDATE** |
| v. | |
| NEWPARK MALL DENTAL GROUP, et al., | |
| Defendants. | |
| _____/ | |

On March 16, 2012, Plaintiff Gricelda Becerra filed a complaint against Defendants Newpark Mall Dental Group ("Newpark Mall Dental") and Roger Chang (collectively, "Defendants"), alleging wrongful discharge, failure to provide plan information, and breach of fiduciary duty. Complaint, ECF No. 1. On July 23, 2012, the court granted Defendants' motion to stay the action and compel arbitration based on an arbitration clause in the underlying employment contract between Ms. Becerra and Defendants. Order Granting Motion to Stay, ECF No. 20. In doing so, the court ordered the parties to submit to the court a status update no later than 30 days after a final ruling by the arbitrator is issued.

The court has not received a status update yet, so the court presumes that no final arbitration ruling has been issued. Nevertheless, the court now **ORDERS** the parties to file a written status update, informing the court about the status of the arbitration proceedings, no later than Thursday, January 17, 2013.

C 12-01325 LB
ORDER

1 **IT IS SO ORDERED.**

2 Dated: January 7, 2013

3 _____
LAUREL BEELER
United States Magistrate Judge