UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GRICELDA BECERRA, | No. C 12-01325 LB |
| Plaintiff, | **ORDER REQUIRING STATUS UPDATE RE: ARBITRATION** |
| v. | |
| NEWPARK MALL DENTAL GROUP, et al., | |
| Defendants. | |

The court has reviewed the parties' submission dated January 17, 2013. Status Update, ECF No. 22. The parties explain that they have agreed to arbitrate and that the arbitration hearing is tentatively scheduled for May 21, 2013 to May 23, 2013 with a pre-arbitration hearing scheduled to take place on May 14, 2013. The parties further explain that written discovery is ongoing and depositions are set to begin in February 2013. The court **ORDERS** the parties to file a written status update informing the court about the status of the arbitration proceedings, no later than Thursday, June 6, 2013.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-01325 LB
ORDER